No. 87–416. UNITED STATES CATHOLIC CONFERENCE ET AL. *v.* ABORTION RIGHTS MOBILIZATION, INC., ET AL. C. A. 2d Cir. [Certiorari granted, *ante*, p. 975.] Motion of the Solicitor General for divided argument granted.

No. 87–352. SUN OIL CO. *v.* WORTMAN ET AL. Sup. Ct. Kan. [Certiorari granted, *ante*, p. 912.] Motions of GAF Corp. and Wiley Goad for leave to file briefs as *amici curiae* granted.

No. 87–363. FEDERAL ENERGY REGULATORY COMMISSION *v.* MARTIN EXPLORATION MANAGEMENT CO. ET AL.; and
No. 87–364. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK ET AL. *v.* MARTIN EXPLORATION MANAGEMENT CO. ET AL. C. A. 10th Cir. [Certiorari granted, *ante*, p. 962.] Motions of Interstate Natural Gas Association of America and Williams Natural Gas Co. for leave to file briefs as *amici curiae* granted. Motion of the Solicitor General for divided argument granted. JUSTICE WHITE took no part in the consideration or decision of these motions.

No. 87–519. MAYNARD, WARDEN, ET AL. *v.* CARTWRIGHT. C. A. 10th Cir. [Certiorari granted, *ante*, p. 1003.] Motion for appointment of counsel granted, and it is ordered that Mandy Welch, Esq., of Norman, Okla., be appointed to serve as counsel for respondent in this case.

No. 87–654. NEW ENERGY COMPANY OF INDIANA *v.* LIMBACH, TAX COMMISSIONER OF OHIO, ET AL. Sup. Ct. Ohio. [Probable jurisdiction noted, *ante*, p. 984.] Motion of appellees for divided argument denied.

No. 87–883. HONDA MOTOR CO., LTD., ET AL. *v.* CAMACHO ET UX. Sup. Ct. Colo. Motion of respondents for damages denied.

No. 87–1020. DAVIS *v.* MICHIGAN DEPARTMENT OF THE TREASURY. Appeal from Ct. App. Mich. The Solicitor General is invited to file a brief in this case expressing the views of the United States.